UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LAKE CHARLES HARBOR & TERMINAL DISTRICT** | **CASE NO. 2:17-CV-01114** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **REYNOLDS METAL CO** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 75], having determined that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation;

**IT IS ORDERED** that the Motion to Strike [Doc. No. 47] is **GRANTED IN PART** and **DENIED IN PART**, the Motion to Dismiss [Doc. No. 42] is **GRANTED**, the Motion for Oral Argument [*Id.*] is **DENIED**, and all claims asserted by Plaintiff Lake Charles Harbor & Terminal District against Lonza Group, Ltd. are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction. **IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend [Doc. No. 69] is **DENIED**.

**SIGNED** this 13th day of February, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE