UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LAKE CHARLES HARBOR & TERMINAL DISTRICT** | **CASE NO. 2:17-CV-01114** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **REYNOLDS METAL CO** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Lake Charles Harbor & Terminal District's Motion for Partial Summary Judgment on the Issues of Solidary Liability and Restoration Obligations Pursuant to Civil Code Article 2683 (Doc. 254) is hereby **GRANTED;** Defendants, Reynolds Metals Company, LLC, Alcoa Inc. f/ka Arconic, Inc, now Howmet Aerospace, Inc., Lonza America, Inc., and Lonza Group Ltd, are solidary obligors under Louisiana Civil Code Article 2683 for damages necessary to restore the property upon which the Solid Waste Landfill is situated to its original condition at inception for the 1967 Underlying Lease Agreement less normal wear and tear.

**THUS DONE AND SIGNED** in Chambers on this 9th day of March, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**