# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

**LAKE CHARLES HARBOR &**              **CASE NO.  2:17-CV-01114**
**TERMINAL DISTRICT**

**VERSUS**                            **JUDGE JAMES D. CAIN, JR.**

**REYNOLDS METAL CO**                 **MAGISTRATE JUDGE KAY**

## <u>JUDGMENT</u>

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Reynolds Metals

Company, LLC's and Howmet Aerospace Inc.'s Motion for Summary Judgment on

Liability Pursuant to Article 2683 (Doc. 336) is hereby **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 9th day of March, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**